Approved: _____
             BRANDON D. HARPER
             Assistant United States Attorney

Before:    THE HONORABLE STEWART D. AARON
             United States Magistrate Judge
             Southern District of New York

- - - - - - - - - - - - - - - - - X
                                    :           20 MAG 5795
                                    :
IN RE APPLICATION FOR MATERIAL      :      20 Mag.
WITNESS WARRANT FOR                 :      Rule 5(c)(3)
ALAYSIA JOAN BULGER,                :      Afficavit
                                    :
- - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

        NEAL R. MAXSON, being duly sworn, deposes and says
that he is a Special Agent with the United States Federal Bureau
of Investigation ("FBI"), and charges as follows:

        On or about February 28, 2020, the United States
District Court for the Eastern District of Virginia issued a
warrant for the arrest of "Alaysia Joan Bulger" based on an
order of the court for a material witness warrant pursuant to
Title 18, United States Code, Section 3144.  A copy of the
warrant and order are attached hereto as Exhibits A and B
respectively, and are incorporated by reference herein.

        I believe that ALAYSIA JOAN BULGER, the arrestee, who
was taken into the custody of the FBI from Rose M. Singer Center
at Rikers Island on June 3, 2020, in the Southern District of
New York, is the same individual as "Alaysia Joan Bulger," who
is wanted by the United States District Court for Eastern
District of Virginia.

        The bases for my knowledge and for the foregoing
charge are, in part, as follows:

        1.   I am a Special Agent with the FBI.  I have been
personally involved in determining whether ALAYSIA JOAN BULGER,
the arrestee, is the same individual as the "Alaysia Joan
Bulger" named in the February 28, 2020 warrant and order from
the United States District Court for the Eastern District of
Virginia.  Because this Affidavit is being submitted for the
limited purpose of establishing the identity of the arrestee, I

have not included in this Affidavit each and every fact that I
have learned.  Where I report statements made by others, those
statements are described in substance and in part unless
otherwise noted.

        2.    Based on my review of documents from proceedings
in the United States District Court for the Eastern District of
Virginia, I know that, on or about February 28, 2020, the United
States District Court for the Eastern District of Virginia
issued a warrant for the arrest of "Alaysia Joan Bulger" (the
"Warrant").  The Warrant was issued based on an order of the
court for a material witness warrant pursuant to Title 18,
United States Code, Section 3144.

        3.    On June 3, 2020, law enforcement officers with
the FBI arrested ALAYSIA JOAN BULGER, the arrestee.

        4.    Following her arrest, ALAYSIA JOAN BULGER, the
arrestee, confirmed for me that her name is "Alaysia Joan
Bulger." BULGER also confirmed that her date of birth was April
22, 1991, which matched the date of birth that was provided by
the FBI as that belonging to "Alaysia Joan Bulger."  BULGER also
provided her social security number, which matched the social
security number provided by the FBI as belonging to "Alaysia
Joan Bulger."  I have also compared a photograph of "Alaysia
Joan Bulger" provided to me by the FBI with ALAYSIA JOAN BULGER,
the arrestee, and the photograph appears to depict the likeness
of ALAYSIA JOAN BULGER, the arrestee.  Throughout my
questioning, BULGER responded to the name "Alaysia Joan Bulger."

WHEREFORE, I respectfully request that ALAYSIA JOAN BULGER, the arrestee, be imprisoned or bailed, as the case may be.

/s/ Neal R. Maxson, by SDA with permission
NEAL R. MAXSON
Special Agent
United States Federal Bureau of Investigation


Sworn to me through the transmission of
This Affidavit by reliable electronic means,
pursuant to Federal Rules of Criminal Procedure
41(d)(3) and 4.1, this
June    3   , 2020

THE HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

**EXHIBIT A**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia



| United States of America | ) | |
| v. | ) | |
| IN RE APPLICATION FOR MATERIAL WITNESS | ) | Case No. 4:20ms 6 |
| WARRANT FOR | ) | |
| ALAYSIA JOAN BULGER | ) | |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ALAYSIA JOAN BULGER                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 3144 Release or Detention of a Material Witness

Date: *Feb. 28, 2020*

_____
*Issuing officer's signature*

**ROBERT J. KRASK**
UNITED STATES MAGISTRATE JUDGE

City and state: *Norfolk, VA*

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                                   _____  *Arresting officer's signature*  _____  *Printed name and title* |

**EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Newport News Division*

FILED

FEB 2 8 2020

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| IN RE APPLICATION OF THE )<br>UNITED STATES OF AMERICA FOR A )<br>MATERIAL WITNESS WARRANT )<br>FOR ALAYSIA JOAN BULGER FOR HER )<br>APPEARANCE AT TRIAL AND DEPOSITION ) | Case Number 4: 20 n s 6 |

### <u>ORDER FOR A MATERIAL WITNESS<br>WARRANT PURSUANT TO 18 U.S.C. § 3144</u>

TO ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER: in consideration of the United States' Motion for a Material Witness Warrant, supported by the affidavit of FBI Special Agent Jeffrey Noel, it is

**HEREBY ORDERED** that a material witness arrest warrant be issued pursuant to Title 18, United States Code, Section 3144 and that any authorized federal law enforcement officer is commanded to arrest **ALAYSIA JOAN BULGER,** and bring her forthwith before the United States District Court for the Eastern District of Virginia, Newport News Division, to appear to testify in any proceedings as may be ordered by this Court, it appearing to the Court that **ALAYSIA JOAN BULGER** is a material witness and it is impracticable to secure her presence by subpoena. Conditions of any release shall be set at the initial appearance pursuant to Rule 5, Federal Rules of Criminal Procedure and Title 18, United States Code, Section 3142.

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY

DEPUTY CLERK

SO ORDERED this _28ᵗʰ_ day of February 2020.

United States Magistrate Judge

We ask for this:

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
     Howard J. Zlotnick
     Assistant United States Attorney